SEYFARTH SHAW LLP
Eric E. Hill (SBN 173247)
ehill@seyfarth.com
Ping Wang (SBN 351428)
pwang@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

SEYFARTH SHAW LLP
Leo Q. Li (SBN 293539)
lli@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
KHRG SACRAMENTO LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BARR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KHRG SACRAMENTO LLC, a limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. 2:24-cv-00780-TLN-DB<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**Fed. R. Civ. P. 7.1**<br><br>[Sacramento County Superior Court Case No. 24CV002365]<br><br><br>Complaint Filed:    February 8, 2024 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 7.1, Defendant KHRG SACRAMENTO LLC is solely owned by

Kimpton Hotel & Restaurant Group, LLC ("KHRL"). KHRL is solely owned by Dunwoody Operations,

LLC ("DWOL"). DWOL is solely owned by Six Continents Hotels, Inc. ("SCHI"). SCHI's ultimate

parents is InterContinental Hotels Group PLC, the shares of which are listed on the London Stock Exchange.

InterContinental Hotels Group PLC facilitates foreign investment in its shares by means of American Depositary Receipts (evidencing American Depositary Shares), which are issued by JP Morgan Chase & Co. and tradable on the New York Stock Exchange. InterContinental Hotels Group PLC is listed on the New York Stock Exchange as "IHG."

No publicly held company owns 10% or more of InterContinental Hotels Group PLC's shares. Therefore, no publicly held corporation owns 10% or more of IHG's stock.

DATED: April 22, 2024                    Respectfully submitted,

SEYFARTH SHAW LLP


By:   /s/ Eric E. Hill
        Eric E. Hill
        Ping Wang
        Leo Q. Li
        Attorneys for Defendant
        KHRG SACRAMENTO LLC

2

309615245v.1                    CORPORATE DISCLOSURE STATEMENT