# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BARR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KHRG SACRAMENTO LLC, a limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. 2:24-cv-00780-TLN-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS THE ENTIRE CASE**<br><br>[Sacramento County Superior Court Case No. 24CV002365]<br><br>Complaint Filed: February 8, 2024 |

# ORDER

Having read and considered Plaintiff Ashley Barr's ("Plaintiff") and Defendant KHRG Sacramento LLC's ("Defendant," and with Plaintiff, the "Parties") Joint Stipulation to Dismiss The Entire Action, the facts upon which the Stipulation is based, and good cause appearing, it is hereby **ORDERED**:

1. Plaintiff's class action claims are dismissed, without prejudice.
2. Plaintiff's representative action claims under the Private Attorneys General Act are dismissed, without prejudice.
3. Plaintiff's individual claims are dismissed, with prejudice.
4. Except as provided for in the Parties' settlement agreement, each party shall bear its/her own attorneys' fees and costs.
5. This matter shall be concluded and closed.

**IT IS SO ORDERED.**

DATED: October 25, 2024

_____
Troy L. Nunley
Chief United States District Judge